1  ADLER LAW FIRM
   Joel D. Adler (SBN 52979)
2  101 Montgomery Street, Suite 2050
   San Francisco, CA 94104
3  Telephone: (415) 433-5333
   Facsimile: (415) 433-5334
4  Email: adlerlaw@adlerlaw.net

5  Attorney for Plaintiff
   FISH & RICHARDSON, P.C.
6

7

**FILED**

SEP 10 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11

12  FISH & RICHARDSON, P.C., a          Case No: **09 CV 1993 W      POR**
    Massachusetts Professional
13  Corporation,                        **COMPLAINT OF PLAINTIFF FISH &
                                        RICHARDSON, P.C. TO FORECLOSURE
14                Plaintiff,            ON SECURITY INTEREST IN
                                        TRADEMARKS**
15  v.

16  WHO'S YOUR DADDY, INC., a
    California Corporation,
17
                  Defendant.
18

19

20        Plaintiff FISH & RICHARDSON, P.C. ("plaintiff") alleges:

21                           JURISDICTION

22        1.    This action arises under a federal statute, 28 U.S.C. § 1338, giving the

23  district courts original jurisdiction over any civil action arising under any Act of Congress

24  relating to, *inter alia*, trademarks.

25                              VENUE

26        2.    Venue is proper in the Southern District of California under 28 U.S.C.A. §

27  1391(b)(1) because the defendant in this action resides in this District.

28  ///

8273                           - 1 -                        Case No.:

ADLER LAW FIRM
101 MONTGOMERY STREET, SUITE 2050
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 433-5333  FACSIMILE: (415) 433-5334

<u>CLAIM FOR RELIEF</u>

3.      Plaintiff is a law firm organized as a professional corporation under the laws of the State of Massachusetts.

4.      Defendant WHO'S YOUR DADDY, INC. ("defendant") is a California corporation.

5.      By contract dated February 23, 2005, plaintiff entered into an agreement with defendant and a corporate entity related to defendant's business activities, "Who's Your Daddy, Inc., which will do business in California as WYDY, Inc., a Nevada Corporation" ("the Nevada Corporation"), by which plaintiff would provide legal services to and incur costs on behalf of the two corporations.

6.      Defendant and the Nevada Corporation fell in arrears of payment of their monthly invoices to plaintiff.

7.      Plaintiff, on the one hand, and defendant and the Nevada Corporation on the other, agreed to compromise the debt and settle all disputes between them according to the terms of the "Settlement Agreement and Release" the parties signed on September 27, 2006.  Attached hereto as Exhibit 1, and incorporated herein by this reference, is a true and correct copy of the Settlement Agreement and Release.

8.      The Settlement Agreement and Release at paragraph 3, "Grant of Security Interest", provides:

> WYD CA [defendant] hereby grants Fish [plaintiff] a first priority security interest in all of the Trademarks owned by it and all associated goodwill.  Fish shall record a UCC Financing Statement reflecting such security interest.  Fish agrees to subordinate its security interest to any bona fide third party lender that provides financing to the Company that results in the payment contemplated by Section 1 (iii) above.  Fish shall release its security interest at such time as all amounts payable to it hereunder have been paid.

/ / /

/ / /

- 2 -

Case No.:

9.      Plaintiff filed the UCC Financing Statement referenced in the Settlement Agreement and Release with the California Secretary of State on September 27, 2006. Attached hereto as Exhibit 2, and incorporated herein by this reference, is a true and correct copy of plaintiff's UCC Financing Statement.

10.      Defendant and the Nevada Corporation failed make the payments to plaintiff required by the terms of the Settlement Agreement and Release thereby completely breaching the agreement.

11.      On May 15, 2008, plaintiff filed an action in the Superior Court of California in and for the County of San Diego, Case No. Case No. 37-2008-00083932-CU-CL-CTL, entitled *Fish & Richardson, P.C. v. Who's Your Daddy, Inc., a California Corporation; Who's Your Daddy, Inc., which will do business in California as WYDY, INC., a Nevada Corporation* ("the state action").

12.      Plaintiff's complaint in the state action consisted of five causes of action.

13.      The first four causes of action were against defendant and the Nevada Corporation jointly, and were for (1) Breach of Contract [Settlement Agreement]; (2) Common Counts; (3) Breach of Contract [attorney-client fee agreement]; (4) and Common Counts.

14.      The first and second causes of action were based on the defendants' breach of the Settlement Agreement and Release.  The third and fourth causes of action were based on the defendants' failure to pay plaintiff for legal services and costs incurred after the effective date of the Settlement Agreement and Release.

15.      The fifth cause of action in the state action was for Foreclosure of Collateral--Security Interest in Trademarks.

16.      On or about October 30, 2008, plaintiff applied to the United States Patent and Trademark Office ("USPTO") to record liens on each of defendant's thirteen trademarks.  Attached hereto as Exhibit 3, and incorporated herein by this reference, is a true and correct copy of plaintiff's application to the USPTO.

/ / /

ADLER LAW FIRM
101 MONTGOMERY STREET, SUITE 2050
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 433-5333   FACSIMILE: (415) 433-5334

COMPLAINT TO FORECLOSE ON SECURITY INTEREST IN TRADEMARKS

17.   The USPTO recorded plaintiff's liens and sent plaintiff a "Notice of Recordation of Assignment Document" dated November 3, 2008.  Attached hereto as Exhibit 4, and incorporated herein by this reference, is a true and correct copy of the Notice of Recordation of Assignment Document and its supporting documentation.

18.   On April 1, 2008, plaintiff filed a Request for Dismissal Without Prejudice of its cause of action for Foreclosure of Collateral--Security Interest in Trademarks because the state court was without jurisdiction to adjudicate a dispute over the ownership of the trademarks.  Attached hereto as Exhibit 5, and incorporated herein by this reference, is a true and correct copy of the Dismissal.

19.   Plaintiff brought a Motion for Summary Judgment, or in the Alternative, for Summary Adjudication, of its four remaining claims against defendant and the Nevada Corporation which was heard on April 17, 2009 by the Hon. Steven R. Denton.

20.   Judge Denton ruled in plaintiff's favor on all four remaining causes of action and granted plaintiff's motion for summary judgment.  Attached hereto as Exhibit 6, and incorporated herein by this reference, is a true and correct copy of Judge Denton's May 13, 2009 Order granting the motion.

21.   Judge Denton found that defendant and the Nevada corporation breached the Settlement Agreement and Release with plaintiff.

22.   On June 11, 2009 judgment was entered in plaintiff's favor and against defendant and the Nevada corporation, jointly and severally, for $348,651.18 plus $1,788.34 in costs.  The judgment included continuing interest from May 21, 2009. Attached hereto as Exhibit 7, and incorporated herein by this reference, is a true and correct copy of the judgment.

23.   Defendant has breached the Settlement Agreement and Release and plaintiff is entitled to foreclose on the security it was given against the breach in said agreement, "a first priority security interest in all of the trademarks owned by it and all associated goodwill."

24.   15 U.S.C. §1119 provides that:

Case No.:

ADLER LAW FIRM
101 MONTGOMERY STREET, SUITE 2050
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 433-5333   FACSIMILE: (415) 433-5334

In any action involving a registered mark the court may determine the right to registration, order the cancelation of registrations, in whole or in part, restore canceled registrations, and otherwise rectify the register with respect to the registrations of any party to the action. Decrees and orders shall be certified by the court to the Director, who shall make appropriate entry upon the records of the Patent and Trademark Office, and shall be controlled thereby.

## RELIEF REQUESTED

WHEREFORE, plaintiff demands judgment against defendant as follows:

1.     That the Court find plaintiff to be the owner of the thirteen registered trademarks against which plaintiff recorded its security agreement as stated in the Notice of Recordation of Assignment Document dated November 3, 2008, attached hereto as Exhibit E, and certify an Order to the Director of the United States Patent and Trademark Office to that effect; and

2.     That plaintiff recover costs of suit; and

3.     For such other and further relief as the Court deems proper.

Dated: September 9, 2009

JOEL D. ADLER
Attorney for Plaintiff
FISH & RICHARDSON, P.C

ADLER LAW FIRM
101 MONTGOMERY STREET, SUITE 2050
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 433-5333   FACSIMILE: (415) 433-5334

Case No.:

COMPLAINT TO FORECLOSE ON  SECURITY INTEREST IN TRADEMARKS

*Fish & Richardson v. Who's Your Daddy*
EXHIBITS TO COMPLAINT

TABLE OF CONTENTS

Exhibit 1       September 27, 2006 Settlement Agreement and Release

Exhibit 2       September 27, 2006 UCC Financing Statement

Exhibit 3       October 30, 2008 USPTO Application

Exhibit 4       November 3, 2008 Notice of Recordation of Assignment Document

Exhibit 5       April 1, 2009 Request for Dismissal

Exhibit 6       May 19, 2009 Order

Exhibit 7       May 21, 2009 Judgment

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.:

COMPLAINT TO FORECLOSE ON SECURITY INTEREST IN TRADEMARKS

**EXHIBIT 1**

## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Mutual Release ("Settlement Agreement") is made and entered into as of this 27th day of September, 2006 by and between Who's Your Daddy, Inc., a California corporation ("WYD CA"), Who's Your Daddy, Inc., a Nevada corporation ("WYD NE") (WYD CA and WYD NE are collectively referred to herein as the "Companies") and Fish & Richardson P.C. ("Fish").

### RECITALS

WHEREAS, the Companies are in arrears in the payment of legal fees to Fish in the amount of $395,405 as of August 14, 2006; and

WHEREAS, the parties have concluded that it is in their best mutual interest to resolve their issues on the terms set forth below; and

NOW, THEREFORE, in consideration of the promises and covenants set forth in this Settlement Agreement and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto expressly agree as follows:

1.   **Settlement Payments**.  The Companies have agreed to pay, and Fish has agreed to accept, payment for outstanding legal fees as follows:

(i)     one hundred thousand dollars ($100,000) on or before September 30, 2007, with minimum monthly payments as follows:  (a) $2,500 per month commencing November 1, 2006 until January 1, 2007; (b) $5,000 per month commencing February 1, 2007 until April 1, 2007; (c) $7,500 per month commencing May 1, 2007 until July 1, 2007; and (d) $10,000 per month on August 1, 2007 until September 30, 2007.  Any unpaid balance of this $100,000 shall be paid on September 30, 2007; and

**EXHIBIT 1**

(ii)     two hundred thousand dollars ($200,000) shall be paid at the closing of any financing in which either of the Companies raises an aggregate amount of financing equal to $3,500,000 or more.

2.     **Interest**.  In the event that the Companies fail to make any of the payments required hereby, such unpaid amounts shall bear interest at the highest rate permitted by applicable law.

3.     **Grant of Security Interest**.  WYD CA hereby grants Fish a first priority security interest in all of the Trademarks owned by it and all associated goodwill.  Fish shall record a UCC Financing Statement reflecting such security interest.  Fish agrees to subordinate its security interest to any bona fide third party lender that provides financing to the Company that results in the payment contemplated by Section 1 (iii) above.  Fish shall release its security interest at such time as all amounts payable to it hereunder have been paid.

4.     **Issuance of Warrant**.  In consideration of Fish's forbearance as contemplated hereby, WYD NE hereby agrees to issue to Fish a Warrant to purchase 75,000 shares of its Common Stock at an exercise price of $1.25 per share.

5.     **Mutual Release**.  The parties to this agreement do hereby expressly, voluntarily and immediately release and discharge each-other, their agents, attorneys, officers, directors, subsidiaries, predecessors, successors and assigns, of and from any and all past and present actions, cause of actions, suits, counter-claims, debts, charges, complaints, claims, liabilities, contracts, obligations, damages and expenses, of any nature whatsoever, both in law and in equity or otherwise, from the beginning of the world to the date of this Release, including, but not limited to, all claims asserted or which could have been asserted with regard to legal fees incurred by the Companies for services rendered by Fish prior to August 14, 2006 and excepting only the parties' obligations under and pursuant to this Settlement Agreement.

EXHIBIT  1

6.      **No Costs Or Fees**. Each of the parties to this Settlement Agreement is to bear, as

between themselves, their own costs and attorneys' fees arising from the transactions

contemplated by this Settlement Agreement.

7.      **Confidentiality**. The parties and their undersigned counsel represent and agree

that they will keep the existence, facts and terms of this Agreement, and the Settlement Amount,

completely confidential, and that they will not hereafter disclose any information concerning

this Agreement or the Settlement Amount to anyone other than (a) as may be required by law

by a duly constituted governmental body or tax authority, (b) as may reasonably be necessary in

connection with any judicial proceeding arising out of or relating to this Agreement, or (c) as

necessary for the purpose of the enforcement of this Agreement.  Avalon may also disclose the

terms of this Agreement, and the Settlement Amount, to their respective officers, directors and

agents, provided that they shall first inform any such persons of the obligation of confidentiality

described herein and obtain such persons' agreement in writing to keep the terms of this

Agreement and the Settlement Amount completely confidential.

8.      **Successors and Assigns**. This Settlement Agreement shall inure to the benefit of

and be binding upon the parties, their affiliates, successors, heirs and assigns.

9.      **Voluntary and Informed Consent; Authority**. Each party to this Agreement

warrants that no promise or inducement to enter into this Agreement has been offered, except as

herein set forth and that this Agreement is executed by each party without relying upon any

statement or representation by any other party or its representatives, including, but not limited

to, any representations concerning the nature and extent of any injury, damages or legal

liability.  Each party to this Agreement has made such investigation of the facts and law

pertaining to this settlement and this Agreement, and of all matters pertaining thereto, as that

party deems necessary.  Each party also acknowledges that it has been represented by counsel

during all stages of this dispute and has acted with the advice of such counsel in executing this

EXHIBIT 1

Agreement. Without limitation of the foregoing, the Companies acknowledge that they have not been represented by Fish in connection with the matters contemplated hereby and have obtained independent legal advice. Each party hereto and each person executing this Agreement acknowledges that the terms and conditions of this Agreement have been completely read, and that the terms and conditions are fully understood and voluntarily accepted and in connection therewith, the parties acknowledge that each of them have had the benefit of legal counsel in entering into the same and they warrant, represent and agreed that they, and each of them, understand all of the terms and are voluntarily executing the same of their own free will, without coercion or duress. Each party to this Agreement further represents and warrants that it has full authority to enter into this Agreement.

10. **Joint Drafting**. The parties agree that they have jointly participated in the drafting and preparation of this Agreement, and that the language in this Agreement shall be construed as a whole according to its fair meaning and not strictly for or against either of the parties hereto.

11. **Execution**. This Agreement may be executed by each party on separate counterparts, each of which when so executed and delivered shall be deemed an original and all of which taken together constitute but one and the same instrument. Counterparts may be transmitted by the parties to their counsel via telecopier, if convenient to do so, and such counterparts shall be deemed originals, for all purposes.

12. **Entire Agreement**. This Agreement contains the entire agreement of the parties with respect to the subject matter hereof and supersedes all prior and contemporaneous oral and written agreements, discussions and statements. No supplement, modification, waiver or termination of this Agreement shall be binding unless executed in writing by the party or parties to be bound thereby. No waiver of any of the provisions of this Agreement shall be deemed to

EXHIBIT ___1___

constitute a waiver of any other provisions hereof, whether or not similar, nor shall such waiver constitute a continuing waiver.

13.   **Severability**.  If any Paragraph of this Agreement or any portion thereof shall be held to be invalid, illegal or unenforceable, the validity, legality or enforceability of the remainder of this Agreement shall not in any way be affected or impaired.

14.   **Choice of Law**.  This Agreement shall be construed and enforced under the Laws of the Commonwealth of Massachusetts.


Who's Your Daddy, Inc. (CA)                         Fish & Richardson P.C.

By: _____                          By: _____
     Reuven I. Rubinson, CFO


Who's Your Daddy, Inc. (NE)

By: _____
     Reuven I. Rubinson, CFO

EXHIBIT __

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**06-7086445181**
**09/27/2006 14:52**

**FILED**
CALIFORNIA
SOS   SECRETARY OF STATE

9789860010   UCC 1 FILING

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

***PLEASE RETURN TO***
*CSC*
*2730 Gateway Oaks Drive, Suite 100*
*Sacramento, CA 95833*
*Acct. #10011306*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME
Who's Your Daddy Inc.

1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

1c. MAILING ADDRESS
3131 Camino Del Rio Noth | CITY San Diego | STATE CA | POSTAL CODE 92108 | COUNTRY

1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Corporation | 1f. JURISDICTION OF ORGANIZATION California | 1g. ORGANIZATIONAL ID #, if any

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names   ☐ NONE

2a. ORGANIZATION'S NAME

2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)   ☐ NONE

3a. ORGANIZATION'S NAME
Fish & Richardson P.C.

3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

3c. MAILING ADDRESS
225 Franklin Street | CITY Boston | STATE MA | POSTAL CODE 02110 | COUNTRY USA

4. This FINANCING STATEMENT covers the following collateral:

Debtor's Trademarks

5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING

6. THIS FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2

8. OPTIONAL FILER REFERENCE DATA

*BJJ # 21-485770-1*

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)   International Association of Commercial Administrators (IACA)

**EXHIBIT 2**



BLUEBIRD OFFICE SUPPLIES (888) 477-0700 www.bluebirdonline.com

**EXHIBIT 3**


**ADLER**
**LAW FIRM**

101 Montgomery Street
Suite 2050
San Francisco, CA 94104

T 415.433.5333
F 415.433.5334
adlerlaw@adlerlaw.net
www.adlerlaw.net

October 30, 2008

***Via USPS Express Mail***
Mail Stop Assignment Recordation Services
Director of the USPTO
P.O. Box 1450
Alexandria, VA 22313-1450

RE:   **Enclosed Form PTO-1594 & Supporting Documents**
      **Our File No.: 8273**

Assignment Recordation Services:

Enclosed with this letter, please find a Form PTO-1594 submitted by receiving party Fish & Richardson P.C. In addition to the form itself, there are:

1.     ATTACHMENT A, listing 13 trademark serial numbers obtained from TESS;

2.     A certified two-page UCC Financing Statement dated September 27, 2006, filed with the California Secretary of State; and

3.     A five-page "Settlement Agreement and Release" dated September 27, 2006, executed by conveying party Who's Your Daddy, Inc. and receiving party Fish & Richardson P.C. which, at paragraph 3, grants the receiving party "a first priority security interest in all of the Trademarks owned by it and all associated goodwill."

Please record all these items.

Our check for $340.00 is enclosed.

Thank you for your attention to this matter, and special thanks to Maurice of your office who was exceptionally helpful.

Yours truly,

*Glen H. Isaacs*

GLEN H. ISAACS

Encl.

**EXHIBIT** 3

Form PTO-1594 (Rev. 09-08)
OMB Collection 0651-0027 (exp. 10/31/2008)

U.S. DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

## RECORDATION FORM COVER SHEET
# TRADEMARKS ONLY

To the Director of the U. S. Patent and Trademark Office: Please record the attached documents or the new address(es) below.

**1. Name of conveying party(ies):**

WHO'S YOUR DADDY, INC.

[ ] Individual(s)          [ ] Association
[ ] General Partnership    [ ] Limited Partnership
[X] Corporation- State: CALIFORNIA
[ ] Other_____

Citizenship (see guidelines)_____

Additional names of conveying parties attached? [ ] Yes [X] No

**2. Name and address of receiving party(ies)**

Additional names, addresses, or citizenship attached?   [ ] Yes [X] No

Name: FISH & RICHARDSON P.C.

Internal Address:_____

Street Address: 225 FRANKLIN STREET

City: BOSTON

State: MASSACHUSETTS

Country: U.S.A.               Zip: 02110

[ ] Association       Citizenship _____
[ ] General Partnership   Citizenship _____
[ ] Limited Partnership   Citizenship _____
[ ] Corporation   Citizenship_____
[X] Other Professional Corp. Citizenship MASSACHUSETTS
If assignee is not domiciled in the United States, a domestic representative designation is attached: [ ] Yes [ ] No
(Designations must be a separate document from assignment)

**3. Nature of conveyance )/Execution Date(s) :**

Execution Date(s) SEPTEMBER 27, 2006

[ ] Assignment          [ ] Merger
[X] Security Agreement   [ ] Change of Name
[ ] Other_____

**4. Application number(s) or registration number(s) and identification or description of the Trademark.**

A. Trademark Application No.(s)

SEE ATTACHMENT A

B. Trademark Registration No.(s)

Additional sheet(s) attached? [X] Yes [ ] No

C. Identification or Description of Trademark(s) (and Filing Date if Application or Registration Number is unknown):

**5. Name & address of party to whom correspondence concerning document should be mailed:**

Name: GLEN H. ISAACS

Internal Address:_____

ADLER LAW FIRM

Street Address: 101 MONTGOMERY STREET

SUITE 2050

City: SAN FRANCISCO

State: CALIFORNIA      Zip: 94104

Phone Number: (415) 433-5333

Fax Number: (415) 433-5334

Email Address: gisaacs@adlerlaw.net

**6. Total number of applications and registrations involved:**          13

**7. Total fee** (37 CFR 2.6(b)(6) & 3.41)   $ 340.00

[ ] Authorized to be charged to deposit account
[X] Enclosed

**8. Payment Information:**

Deposit Account Number _____

Authorized User Name _____

**9. Signature:**

_Glen M Isaacs_
Signature

OCTOBER 30, 2008
Date

GLEN H. ISAACS, ADLER LAW FIRM, COUNSEL FOR FISH & RICHARDSON P.C.
Name of Person Signing

Total number of pages including cover sheet, attachments, and document:   9

Documents to be recorded (including cover sheet) should be faxed to (571) 273-0140, or mailed to:
Mail Stop Assignment Recordation Services, Director of the USPTO, P.O. Box 1450, Alexandria, VA 22313-1450

EXHIBIT 3

ATTACHMENT A

To Form PTO-1594 submitted by Fish & Richardson, P.C.

Serial Numbers of Trademarks Subject to Security Agreement (13)

78657979
78976525
78696818
78658016
78504067
78504061
76574444
76574445
76574443
76574442
76574441
76574440
76574439

**EXHIBIT** 3

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 1  page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

May 21, 2008

*Debra Bowen*

Secretary of State

FILE #    067086445181

Document Number: 17042050002

EXHIBIT 3

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

> ***PLEASE RETURN TO***
> CSC
> 2730 Gateway Oaks Drive, Suite 100
> Sacramento, CA 95833
> Acct. #10011306

**06-7086445181**
**09/27/2006 14:52**

**FILED**
CALIFORNIA
SECRETARY OF STATE
SOS

9789850010   UCC 1 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME | | | | |
| Who's Your Daddy Inc. | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3131 Camino Del Rio Noth | San Diego | CA | 92108 | |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | Corporation | California | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names   ☐ NONE

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)   ☐ NONE

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME | | | | |
| Fish & Richardson P.C. | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 225 Franklin Street | Boston | MA | 02110 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

Debtor's Trademarks

**5. ALTERNATIVE DESIGNATION (if applicable):** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6.** This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS   Attach Addendum   [if applicable]   **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional]   ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

BJJ # 21- 485770-1

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)   International Association of Commercial Administrators (IACA)

EXHIBIT 3

## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Mutual Release ("Settlement Agreement") is made and entered into as of this 27th day of September, 2006 by and between Who's Your Daddy, Inc., a California corporation ("WYD CA"), Who's Your Daddy, Inc., a Nevada corporation ("WYD NE") (WYD CA and WYD NE are collectively referred to herein as the "Companies") and Fish & Richardson P.C. ("Fish").

### <u>RECITALS</u>

WHEREAS, the Companies are in arrears in the payment of legal fees to Fish in the amount of $395,405 as of August 14, 2006; and

WHEREAS, the parties have concluded that it is in their best mutual interest to resolve their issues on the terms set forth below; and

NOW, THEREFORE, in consideration of the promises and covenants set forth in this Settlement Agreement and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto expressly agree as follows:

1.     **<u>Settlement Payments</u>**.  The Companies have agreed to pay, and Fish has agreed to accept, payment for outstanding legal fees as follows:

(i)     one hundred thousand dollars ($100,000) on or before September 30, 2007, with minimum monthly payments as follows:  (a) $2,500 per month commencing November 1, 2006 until January 1, 2007; (b) $5,000 per month commencing February 1, 2007 until April 1, 2007; (c) $7,500 per month commencing May 1, 2007 until July 1, 2007; and (d) $10,000 per month on August 1, 2007 until September 30, 2007.  Any unpaid balance of this $100,000 shall be paid on September 30, 2007; and

**EXHIBIT** <u>3</u>

(ii)     two hundred thousand dollars ($200,000) shall be paid at the closing of any financing in which either of the Companies raises an aggregate amount of financing equal to $3,500,000 or more.

2.     **Interest**.  In the event that the Companies fail to make any of the payments required hereby, such unpaid amounts shall bear interest at the highest rate permitted by applicable law.

3.     **Grant of Security Interest** .  WYD CA hereby grants Fish a first priority security interest in all of the Trademarks owned by it and all associated goodwill.  Fish shall record a UCC Financing Statement reflecting such security interest.  Fish agrees to subordinate its security interest to any bona fide third party lender that provides financing to the Company that results in the payment contemplated by Section 1 (iii) above.  Fish shall release its security interest at such time as all amounts payable to it hereunder have been paid.

4.     **Issuance of Warrant**.  In consideration of  Fish's forbearance as contemplated hereby, WYD NE hereby agrees to issue to Fish a Warrant to purchase 75,000 shares of its Common Stock at an exercise price of $1.25 per share.

5.     **Mutual Release**.  The parties to this agreement do hereby expressly, voluntarily and immediately release and discharge each-other, their agents, attorneys, officers, directors, subsidiaries, predecessors, successors and assigns, of and from any and all past and present actions, cause of actions, suits, counter-claims, debts, charges, complaints, claims, liabilities, contracts, obligations, damages and expenses, of any nature whatsoever, both in law and in equity or otherwise, from the beginning of the world to the date of this Release, including, but not limited to, all claims asserted or which could have been asserted with regard to legal fees incurred by the Companies for services rendered by Fish prior to August 14, 2006 and excepting only the parties' obligations under and pursuant to this Settlement Agreement.

21437143.doc

2

EXHIBIT 3

6.  **No Costs Or Fees**.  Each of the parties to this Settlement Agreement is to bear, as between themselves, their own costs and attorneys' fees arising from the transactions contemplated by this Settlement Agreement.

7.  **Confidentiality**.  The parties and their undersigned counsel represent and agree that they will keep the existence, facts and terms of this Agreement, and the Settlement Amount, completely confidential, and that they will not hereafter disclose any information concerning this Agreement or the Settlement Amount to anyone other than (a) as may be required by law by a duly constituted governmental body or tax authority, (b) as may reasonably be necessary in connection with any judicial proceeding arising out of or relating to this Agreement, or (c) as necessary for the purpose of the enforcement of this Agreement.  Avalon may also disclose the terms of this Agreement, and the Settlement Amount, to their respective officers, directors and agents, provided that they shall first inform any such persons of the obligation of confidentiality described herein and obtain such persons' agreement in writing to keep the terms of this Agreement and the Settlement Amount completely confidential.

8.  **Successors and Assigns**.  This Settlement Agreement shall inure to the benefit of and be binding upon the parties, their affiliates, successors, heirs and assigns.

9.  **Voluntary and Informed Consent; Authority**.  Each party to this Agreement warrants that no promise or inducement to enter into this Agreement has been offered, except as herein set forth and that this Agreement is executed by each party without relying upon any statement or representation by any other party or its representatives, including, but not limited to, any representations concerning the nature and extent of any injury, damages or legal liability.  Each party to this Agreement has made such investigation of the facts and law pertaining to this settlement and this Agreement, and of all matters pertaining thereto, as that party deems necessary.  Each party also acknowledges that it has been represented by counsel during all stages of this dispute and has acted with the advice of such counsel in executing this

EXHIBIT 3

Agreement. Without limitation of the foregoing, the Companies acknowledge that they have not been represented by Fish in connection with the matters contemplated hereby and have obtained independent legal advice. Each party hereto and each person executing this Agreement acknowledges that the terms and conditions of this Agreement have been completely read, and that the terms and conditions are fully understood and voluntarily accepted and in connection therewith, the parties acknowledge that each of them have had the benefit of legal counsel in entering into the same and they warrant, represent and agreed that they, and each of them, understand all of the terms and are voluntarily executing the same of their own free will, without coercion or duress. Each party to this Agreement further represents and warrants that it has full authority to enter into this Agreement.

10.  **Joint Drafting**. The parties agree that they have jointly participated in the drafting and preparation of this Agreement, and that the language in this Agreement shall be construed as a whole according to its fair meaning and not strictly for or against either of the parties hereto.

11.  **Execution**. This Agreement may be executed by each party on separate counterparts, each of which when so executed and delivered shall be deemed an original and all of which taken together constitute but one and the same instrument. Counterparts may be transmitted by the parties to their counsel via telecopier, if convenient to do so, and such counterparts shall be deemed originals, for all purposes.

12.  **Entire Agreement**. This Agreement contains the entire agreement of the parties with respect to the subject matter hereof and supersedes all prior and contemporaneous oral and written agreements, discussions and statements. No supplement, modification, waiver or termination of this Agreement shall be binding unless executed in writing by the party or parties to be bound thereby. No waiver of any of the provisions of this Agreement shall be deemed to

EXHIBIT 3

constitute a waiver of any other provisions hereof, whether or not similar, nor shall such waiver constitute a continuing waiver.

13.    **Severability**.  If any Paragraph of this Agreement or any portion thereof shall be held to be invalid, illegal or unenforceable, the validity, legality or enforceability of the remainder of this Agreement shall not in any way be affected or impaired.

14.    **Choice of Law**.  This Agreement shall be construed and enforced under the Laws of the Commonwealth of Massachusetts.

Who's Your Daddy, Inc. (CA)

By:_____

      Reuven I. Rubinson, CFO

Fish & Richardson P.C.

By:_____

Who's Your Daddy, Inc. (NE)

By:_____

      Reuven I. Rubinson, CFO

21437143.doc                    5

EXHIBIT 3



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

NOVEMBER 03, 2008

PTAS


*103533061A*

GLEN H. ISAACS
ADLER LAW FIRM
101 MONTGOMERY STREET, SUITE 2050
SAN FRANCISCO, CALIFORNIA 94104

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.  THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 571-272-3350.
PLEASE SEND REQUEST FOR CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE,
MAIL STOP: ASSIGNMENT SERVICES BRANCH, P.O. BOX 1450, ALEXANDRIA, VA 22313.

RECORDATION DATE: 10/30/2008          REEL/FRAME: 003881/0613
                                      NUMBER OF PAGES: 9

BRIEF:  SECURITY AGREEMENT

ASSIGNOR:
    WHO'S YOUR DADDY, INC.             DOC DATE: 09/27/2006
                                      CITIZENSHIP: CALIFORNIA
                                      ENTITY: CORPORATION

ASSIGNEE:
    FISH & RICHARDSON P.C.             CITIZENSHIP: MASSACHUSETTS
    225 FRANKLIN STREET               ENTITY: PROFESSIONAL CORP.
    BOSTON, MASSACHUSETTS 02110

APPLICATION NUMBER: 78657979          FILING DATE: 06/24/2005
REGISTRATION NUMBER:                  ISSUE DATE:

MARK: THE KING OF ENERGY
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN BLOCK FORM

EXHIBIT 4

003881/0613 PAGE 2

APPLICATION NUMBER: 78976525   FILING DATE: 10/21/2004
REGISTRATION NUMBER: 3389058   ISSUE DATE: 02/26/2008

MARK: WHO'S YOUR DADDY
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN BLOCK FORM

APPLICATION NUMBER: 78696818   FILING DATE: 08/19/2005
REGISTRATION NUMBER: 3212454   ISSUE DATE: 02/27/2007

MARK: WHO'S YOUR DADDY
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN BLOCK FORM

APPLICATION NUMBER: 78658016   FILING DATE: 06/24/2005
REGISTRATION NUMBER:      ISSUE DATE:

MARK: WHO'S YOUR DADDY STYLE WITH AUTHORITY
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 78504067   FILING DATE: 10/21/2004
REGISTRATION NUMBER: 3011493   ISSUE DATE: 11/01/2005

MARK: WHO'S YOUR DADDY
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN BLOCK FORM

APPLICATION NUMBER: 78504061   FILING DATE: 10/21/2004
REGISTRATION NUMBER: 3078885   ISSUE DATE: 04/11/2006

MARK: WHO'S YOUR DADDY
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN BLOCK FORM

APPLICATION NUMBER: 76574444   FILING DATE: 02/09/2004
REGISTRATION NUMBER:      ISSUE DATE:

MARK: WHO'S YOUR DADDY
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN BLOCK FORM

APPLICATION NUMBER: 76574445   FILING DATE: 02/09/2004
REGISTRATION NUMBER: 3084079   ISSUE DATE: 04/25/2006

MARK: WHO'S YOUR DADDY
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN BLOCK FORM

APPLICATION NUMBER: 76574443   FILING DATE: 02/09/2004
REGISTRATION NUMBER: 3084078   ISSUE DATE: 04/25/2006

MARK: WHO'S YOUR DADDY
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN BLOCK FORM

APPLICATION NUMBER: 76574442   FILING DATE: 02/09/2004
REGISTRATION NUMBER: 3315070   ISSUE DATE: 10/23/2007

MARK: WHO'S YOUR DADDY
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN BLOCK FORM

EXHIBIT 4

003881/0613 PAGE 3

APPLICATION NUMBER: 76574441        FILING DATE: 02/09/2004
REGISTRATION NUMBER: 3084077       ISSUE DATE: 04/25/2006

MARK: WHO'S YOUR DADDY
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN BLOCK FORM

APPLICATION NUMBER: 76574440        FILING DATE: 02/09/2004
REGISTRATION NUMBER: 3084076       ISSUE DATE: 04/25/2006

MARK: WHO'S YOUR DADDY
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN BLOCK FORM

APPLICATION NUMBER: 76574439        FILING DATE: 02/09/2004
REGISTRATION NUMBER:             ISSUE DATE:

MARK: WHO'S YOUR DADDY
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN BLOCK FORM


ALLYSON PURNELL, EXAMINER
ASSIGNMENT SERVICES BRANCH
PUBLIC RECORDS DIVISION

EXHIBIT 4

Form PTO-1594 (Rev. 03/05)                                                    U.S. DEPARTMENT OF COMMERCE
OMB Collection 0651-0027 (exp. 10/31/2008)                                    United States Patent and Trademark Office

RECO
TI                      ‖‖‖‖‖‖‖‖‖‖‖‖‖  103533061

To the Director of the U. S. Patent and Trademark Office: Please record the attached documents or the new address(es) below.

| 1. Name of conveying party(ies): | 2. Name and address of receiving party(ies) |
|---|---|
| | Additional names, addresses, or citizenship attached?  ☐ Yes  ☒ No |
| WHO'S YOUR DADDY, INC. | Name: FISH & RICHARDSON P.C. |
| | Internal Address: |
| ☐ Individual(s)          ☐ Association | Street Address: 225 FRANKLIN STREET |
| ☐ General Partnership   ☐ Limited Partnership | City: BOSTON |
| ☒ Corporation- State: CALIFORNIA | State: MASSACHUSETTS |
| ☐ Other_____ | Country: U.S.A.             Zip: 02110 |
| Citizenship (see guidelines)_____ | ☐ Association     Citizenship _____ |
| Additional names of conveying parties attached?  ☐ Yes  ☒ No | ☐ General Partnership   Citizenship _____ |

3. Nature of conveyance )/Execution Date(s) :

Execution Date(s) SEPTEMBER 27, 2006

☐ Limited Partnership   Citizenship _____
☐ Corporation   Citizenship_____
☒ Other Professional Corp. Citizenship MASSACHUSETTS

☐ Assignment          ☐ Merger
☒ Security Agreement  ☐ Change of Name
☐ Other_____

If assignee is not domiciled in the United States, a domestic representative designation is attached:  ☐ Yes  ☐ No
(Designations must be a separate document from assignment)

4. Application number(s) or registration number(s) and identification or description of the Trademark.

A. Trademark Application No.(s)         B. Trademark Registration No.(s)

SEE ATTACHMENT A

Additional sheet(s) attached?  ☒ Yes  ☐ No

C. Identification or Description of Trademark(s) (and Filing Date if Application or Registration Number is unknown):

| 5. Name & address of party to whom correspondence concerning document should be mailed: | 6. Total number of applications and registrations involved: | 13 |
|---|---|---|
| Name: GLEN H. ISAACS | | |
| Internal Address:_____ | 7. Total fee (37 CFR 2.6(b)(6) & 3.41)  $ 340.00 | |
| ADLER LAW FIRM | ☐ Authorized to be charged to deposit account | |
| Street Address: 101 MONTGOMERY STREET | ☒ Enclosed | |
| SUITE 2050 | | |
| City: SAN FRANCISCO | 8. Payment Information: | |
| State: CALIFORNIA        Zip: 94104 | 10/31/2008 MJARA1   00000027 78657979 | |
| Phone Number: (415) 433-5333 | 01 FC:8521                40.00 OP | |
| Fax Number: (415) 433-5334 | Deposit Account Number  02 FC:8522   300.00 OP | |
| Email Address: gisaacs@adlerlaw.net | Authorized User Name _____ | |

9. Signature: _Glen M. Isaacs_                                   OCTOBER 30, 2008
                  Signature                                          Date

GLEN H. ISAACS, ADLER LAW FIRM, COUNSEL FOR FISH & RICHARDSON P.C.
             Name of Person Signing

Total number of pages including cover sheet, attachments, and document:  9

Documents to be recorded (including cover sheet) should be faxed to (571) 273-0140, or mailed to:
Mail Stop Assignment Recordation Services, Director of the USPTO, P.O. Box 1450, Alexandria, VA 22313-1450

EXHIBIT 4

Serial Numbers of Trademarks Subject to Security Agreement (13)

78657979
78976525
78696818
78658016
78504067
78504061
76574444
76574445
76574443
76574442
76574441
76574440
76574439

**EXHIBIT 4**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Nov 6 03:39:30 EST 2008

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | BOTTOM
HELP

Logout   *Please logout when you are done to release system resources allocated for you.*

Start | List At: [      ]   OR   Jump | to record: [      ]   ## 18 Records(s) found (This page: 1 ~ 18)

Refine Search [(live)[LD] AND (WHO'S YOUR DADDY)[CO]   Submit |

Current Search: S1: (live)[LD] AND (WHO'S YOUR DADDY)[COMB] docs: 18 occ: 248

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | ~~78976525~~ | 3389058 | WHO'S YOUR DADDY | TARR | LIVE |
| 2 | 78853188 | | WHO'S YOUR DADDY? LOSE YOUR DADDY | TARR | LIVE |
| 3 | ~~78696848~~ | 3212454 | WHO'S YOUR DADDY | TARR | LIVE |
| 4 | ~~78658016~~ | | WHO'S YOUR DADDY STYLE WITH AUTHORITY | TARR | LIVE |
| 5 | 78639696 | 3176312 | CAR DADDYS WHO'S YOUR CAR DADDY? | TARR | LIVE |
| 6 | ~~78504067~~ | 3011493 | WHO'S YOUR DADDY | TARR | LIVE |
| 7 | ~~78504061~~ | 3078885 | WHO'S YOUR DADDY | TARR | LIVE |
| 8 | 78493395 | 3140149 | WHO'S YOUR DADDY | TARR | LIVE |
| 9 | 78455798 | 3152813 | PO'BOYS CREOLE CAFE "WHO'S YOUR DADDY?" | TARR | LIVE |
| 10 | 76442951 | 2727037 | HOO'S YOUR DADDY | TARR | LIVE |
| 11 | ~~76574444~~ | | WHO'S YOUR DADDY | TARR | LIVE |
| 12 | ~~76574445~~ | 3084079 | WHO'S YOUR DADDY | TARR | LIVE |
| 13 | ~~76574443~~ | 3084078 | WHO'S YOUR DADDY | TARR | LIVE |
| 14 | ~~76574442~~ | 3315070 | WHO'S YOUR DADDY | TARR | LIVE |
| 15 | ~~76574441~~ | 3084077 | WHO'S YOUR DADDY | TARR | LIVE |
| 16 | ~~76574440~~ | 3084076 | WHO'S YOUR DADDY | TARR | LIVE |
| 17 | ~~76574439~~ | | WHO'S YOUR DADDY | TARR | LIVE |
| 18 | 75654454 | 2407870 | WHO'S YOUR DADDY | TARR | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | TOP
HELP

EXHIBIT 4

BLUEBIRD OFFICE SUPPLIES
(888) 477-0700
www.bluebirdonline.com

**EXHIBIT 5**

CIV-110

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:
Joel D. Adler, State Bar No. 529  
Adler Law Firm  
101 Montgomery Street, Suite 2050  
San Francisco, CA 94104  
Fax No.: (415) 433-5334  
TELEPHONE NO.: (415) 433-5333  
FOR COURT USE ONLY

ATTORNEY FOR *(Name)*: Fish & Richardson, P.C.

Insert name of court and name of judicial district and branch court, if any:  
San Diego County Superior Court  
Central Division

PLAINTIFF/PETITIONER: Fish & Richardson, P.C.

DEFENDANT/RESPONDENT: Who's Your Daddy, Inc., a California  
Corporation; et al

APR 01 2009

CLERK - SUPERIOR COURT  
SAN DIEGO COUNTY, CA

### REQUEST FOR DISMISSAL

☐ Personal Injury, Property Damage, or Wrongful Death  
   ☐ Motor Vehicle    ☐ Other  
☐ Family Law  
☐ Eminent Domain  
☑ Other *(specify):*    Collections

CASE NUMBER:  
37-2008-00083932-CU-CL-CTL

---

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

---

1. **TO THE CLERK: Please dismiss this action as follows:**
   - a. (1) ☐ With prejudice    (2) ☑ Without prejudice
   - b. (1) ☐ Complaint    (2) ☐ Petition
     - (3) ☐ Cross-complaint filed by *(name)* :          on *(date)* :
     - (4) ☐ Cross-complaint filed by *(name)* :          on *(date)* :
     - (5) ☐ Entire action of all parties and all causes of action
     - (6) ☑ Other: *(specify):* * Fifth Cause of Action (Foreclosure of Collateral--Security Interest in Trademark) of
       Complaint

Date: March 30 2009

JOEL D. ADLER  
(TYPE OR PRINT NAME OF ☑ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

* If dismissal requested is of specified parties only, of specified causes of
action only, or of specified cross-complaints only, so state and identify
the parties, causes of action, or cross-complaints to be dismissed.

(SIGNATURE)  
Attorney or party without attorney for: Fish & Richardson, P.C.

☑ Plaintiff/Petitioner     ☐ Defendant/Respondent  
☐ Cross-complainant

---

2. **TO THE CLERK: Consent to the above dismissal is hereby given.****
Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

** If a cross-complaint - or Response (Family Law) seeking affirmative
relief - is on file, the attorney for the cross-complainant (respondent) must
sign this consent if required by Code of Civil Procedure section 581(i)
or (j).

(SIGNATURE)  
Attorney or party without attorney for:  
☐ Plaintiff/Petitioner     ☐ Defendant/Respondent  
☐ Cross-complainant

---

*(To be completed by clerk)*

3. ☐ Dismissal entered as requested on *(date)* :
4. ☑ Dismissal entered on *(date)* : APR 01 2009    as to only *(name)* : As Above
5. ☐ Dismissal **not entered** as requested for the following reasons *(specify)* :
6. ☑ a. Attorney or party without attorney notified on *(date)* : APR 15 2009
       b. Attorney or party without attorney not notified. Filing party failed to provide
         ☐ a copy to conform    ☐ means to return conformed copy

Date: APR 15 2009          Clerk, by A. SEAMONS            , Deputy

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]

*Martin Dean's*
ESSENTIAL FORMS™

### REQUEST FOR DISMISSAL

Code of Civil Procedure, § 581 et seq.
Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov

EXHIBIT 5

APR 01 2009

# PROOF OF SERVICE BY MAIL

CLERK-SUPERIOR COURT
SAN DIEGO COUNTY CA

1

2   I am a citizen of the United States and am employed in the City and County of San
3   Francisco; I am over the age of 18 years and not a party to the within action; my
    business address is:  101 Montgomery Street, Suite 2050, San Francisco, California
4   94104.

5   I am readily familiar with the business practice of the Adler Law Firm for collection and
    processing of mail with the United States Postal Service, whereby office mail is attached
6   with the appropriate postage and placed in a designated area.  Mail so collected and
7   processed is deposited with the United States Postal Service that same day in the
    ordinary course of business.

8
      Re:   *Fish & Richardson P.C. v. Who's Your Daddy, Inc., et al.*
9            San Diego Superior Court Case No. 37-2008-00083932-CU-CL-CTL
             Our File No. 8273
10

11  On March 30, 2009, I served the within

12              **Request for Dismissal (Fifth Cause of Action)**

13  on the party below, by placing true copies thereof enclosed in a sealed envelope with
    postage thereon fully prepaid, in the United States Postal Service mail box by first class
14  mail at San Francisco, California, addressed as follows:

15
                        Stephen D. Morgan
16                      Shaub & Williams LLP
                        12121 Wilshire Blvd.
17                      Los Angeles CA 90025

18
        I, Tiffany Brown, declare under penalty of perjury under the laws of the State of
19  California, that the foregoing is true and correct.  Executed on March 30, 2009, at San
    Francisco, California.

20

21

22

23                                          Tiffany Brown

24

25

26

27

28

**EXHIBIT 5**

ADLER LAW FIRM
101 MONTGOMERY STREET, SUITE 2050
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 433-5333   FACSIMILE: (415) 433-5334

**EXHIBIT 6**

1   ADLER LAW FIRM
    Joel D. Adler (SBN 52979)
2   Glen H. Isaacs (SBN 139931)
    101 Montgomery Street, Suite 2050
3   San Francisco, CA  94104
    Telephone:   (415) 433-5333
4   Facsimile:    (415) 433-5334
    Email:  adlerlaw@adlerlaw.net
5
    Attorneys for Plaintiff
6   FISH & RICHARDSON, P.C.

7

8                SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                          COUNTY OF SAN DIEGO

10

11  FISH & RICHARDSON, P.C.                    Case No.    37-2008-00083932-CU-CL-CTL

12            Plaintiff,
                                               **ORDER GRANTING PLAINTIFF FISH &**
13  v.                                         **RICHARDSON, P.C.'S MOTION FOR**
                                               **SUMMARY JUDGMENT**
14  WHO'S YOUR DADDY, INC., a                  **[CCP § 437c]**
    California Corporation; WHO'S YOUR
15  DADDY, INC., which will do business in
    California as WYDY, INC., a Nevada
16  Corporation,                              **Date:**   April 17, 2009
                                             **Time:**   10:30 a.m.
17            Defendants.                     **Dept.:**   C-73
                                             **Judge:**  Hon. Steven R. Denton
18                                           **Complaint Filed:**  May 15, 2008
                                             **Trial Date:**       May 22, 2009
19

20          The motion of plaintiff FISH & RICHARDSON, P.C. ("Plaintiff" or "Fish &

21  Richardson") for Summary Judgment, or in the Alternative, Summary Adjudication on its

22  Complaint against defendants WHO'S YOUR DADDY, INC., a California Corporation

23  and WHO'S YOUR DADDY, INC., which will do business in California as WYDY, INC., a

24  Nevada Corporation ("WYD California" and "WYD Nevada," respectively, and collectively

25  "Defendants") came on for hearing on April 17, 2009 at 10:30 a.m. in Department C-73

26  of the above-entitled court.  Plaintiff appeared telephonically through its counsel of

27  record, the Adler Law Firm, by Joel D. Adler.  Defendants appeared through their

28  counsel Shaub & Williams, L.L.P., by Stephen D. Morgan.

File No. 8273                          - 1 -               Case No. 37-2008-00083932-CU-CL-CTL

EXHIBIT 6

1    After considering the papers in favor of and in opposition to the motion, and after

2  argument of counsel, the Court rules as follows:

3    Plaintiff's request for judicial notice is **GRANTED.**

4    All of Plaintiff's objections to the evidence of Defendants are **OVERRULED**.

5    Based on the undisputed facts, Plaintiff is entitled to judgment in its favor and

6  against Defendants as a matter of law, and Plaintiff's motion for summary judgment is

7  **GRANTED**.

8                    **I. REASONS FOR DETERMINATION**

9    Plaintiff FISH & RICHARDSON, P.C.'S motion for summary judgment is

10  **GRANTED**, in light of the fact that the fifth cause of action has been dismissed. C.C.P. §

11  437c.

12    The first cause of action is for breach of contract. The essential elements of a

13  cause of action for breach of contract are (1) the existence of a contract, (2) plaintiff's

14  performance or excuse for nonperformance, (3) defendant's breach, and (4) the resulting

15  damages to plaintiff. *Reichert v. General Ins. Co.*, 68 Cal. 2d 822, 830 (1968).  Here,

16  Plaintiff demonstrates the existence of the contract – the Settlement Agreement and

17  Release – and that the parties entered into the contract on September 27, 2006. *See*

18  Plaintiff's Separate Statement ["SS"], Fact No. 5.  Plaintiff performed by executing the

19  Settlement Agreement, which compromised the amount Defendants owed to Plaintiff. *Id.*

20  at Fact Nos. 5-6.

21    Assuming that the contract is not void, it is undisputed that Defendants breached

22  the Settlement Agreement in two ways.  First, Defendants breached by only paying

23  $35,000, leaving $65,000 of the initial $100,000 unpaid. *Id.* at Fact Nos. 7-8.

24  Defendants also agreed to pay Plaintiff $200,000 of the settlement at the closing of any

25  financing in which Defendants raised an aggregate amount of financing equal to

26  $3,500,000 or more. *See* Plaintiff's SS, Fact No. 9.  Defendants raised aggregate

27  financing in excess of $3,500,000 in 2007, but never paid Plaintiff any of the $200,000

28  due. *Id.* at Fact Nos. 10-11.  As a result, Plaintiff is owed $265,000 under the Settlement

ADLER LAW FIRM
101 MONTGOMERY STREET, SUITE 2050
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 433-5333  FACSIMILE: (415) 433-5334

EXHIBIT 6

ADLER LAW FIRM
101 MONTGOMERY STREET, SUITE 2050
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 433-5333   FACSIMILE: (415) 433-5334

1   Agreement. *Id.* at Fact No. 12.  Plaintiff has met its burden of proving each element of

2   this cause of action.  Defendants claim that the Settlement Agreement is void because

3   Plaintiff failed to advise Defendants that they had the right to seek independent legal

4   advice in connection with the Settlement Agreement or that it was advisable to do so.

5   *See* Defendants' Responses, Fact Nos. 5, 7-9.  Defendants claim that the California

6   Rules of Professional Conduct (CRPC) 3-300 and 3-400 obligated Plaintiff to advise

7   Defendants of this information.  Plaintiff in Paragraph 9 of the Settlement Agreement did,

8   however, properly advise Defendants of their right to seek independent legal counsel

9   prior to execution of the Settlement Agreement.  Even if Plaintiff had not properly

10   advised Defendants in writing of their right to seek the advice of independent counsel,

11   the case law provided by Defendants indicates that the Settlement Agreement would be

12   at most *voidable*, not void. *See Mayhew v. Benninghoff III*, 53 Cal.App.4th 1365, 1370

13   (1997); *Anderson v. Eaton*, 211 Cal.113, 116, 118 (1931).

14           The second cause of action is a claim for open book account for money due

15   under the Settlement Agreement.  An attorney may recover fees and costs in an action

16   against a former client based upon a book account. *Egan v. Bishop*, 8 Cal.App.2d 119,

17   122 (1935). C.C.P. § 337a provides the requirements for a book account:

18               The term "book account" means a detailed statement which

19               constitutes the principal record of one or more transactions

20               between a debtor and a creditor arising out of a contract or some

21               fiduciary relation, and shows the debits and credits in connection

22               therewith, and against whom and in favor of whom entries are

23               made, is entered in the regular course of business as conducted by

24               such creditor or fiduciary, and is kept in a reasonably permanent

25               form and manner . . . .

26           It is undisputed that Plaintiff sent Defendants regular monthly bills, and that

27   Plaintiff's business records are accurately, promptly and routinely made and entered in

28   the regular course of business. *Id.* at Fact Nos. 15-16.  Plaintiff has satisfied its burden of

File No. 8273                                    - 3 -                     Case No. 37-2008-00083932-CU-CL-CTL

EXHIBIT ⑥

ADLER LAW FIRM
101 MONTGOMERY STREET, SUITE 2050
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 433-5333  FACSIMILE: (415) 433-5334

1   proving each element of this cause of action. Defendant advances the same argument

2   under this cause of action – that the Settlement Agreement is void, and therefore, a book

3   account cannot validly be based upon it. As discussed above, the Settlement Agreement

4   is not void.

5       The third cause of action is also for breach of contract.  Plaintiff demonstrates the

6   existence of a contract between itself and Defendants - the engagement letter dated

7   February 23, 2005. *See* Plaintiff's SS at Fact Nos. 28-29.  After Plaintiff executed the

8   Settlement Agreement with Defendants for services rendered through August 14, 2006,

9   it agreed to continue representing Defendants. *Id.* at Fact No. 34.  Plaintiff sent

10  Defendants two invoices thereafter. *Id.* at Fact No. 35.  The first invoice dated

11  September 23, 2006 was for $16,334.61, of which $8,834.61 remains unpaid by

12  Defendants. *Id.* at Fact Nos. 36, 38. The second invoice dated October 26, 2006 was

13  paid in full by Defendants. *Id.* at Fact No. 39.  Plaintiff has met its burden of proving the

14  elements of this cause of action.

15      Defendants do not dispute the amounts of the two invoices, nor do they dispute

16  that they made payments on those invoices. *See* Defendants' Responses, Fact Nos. 35-

17  36, 38-39.  Rather, Defendants claim that the Settlement Agreement "compromised" the

18  engagement letter such that it was no longer in effect. *Id.* At Fact Nos. 34, 37.

19  Defendants allege that since the engagement letter was no longer in effect, in order to

20  be paid for its provision of legal services, Plaintiff was required to enter into a new fee

21  agreement with Defendants pursuant to Business and Professions Code Section 6148.

22  As evidence of this proposition, Defendants cite to portions of the Declaration of Douglas

23  P. Leu submitted by Plaintiff. *See* Defendants' Response at Fact Nos. 34, 37.  It is clear

24  from the language of Mr. Leu's declaration, as well as from the Settlement Agreement

25  itself, that the Settlement Agreement did not compromise the engagement letter for

26  services provided after August 14, 2006.  Rather, the declaration and the Settlement

27  Agreement state that the Settlement Agreement compromised *Defendants' account as of*

28  *August 14, 2006.*  Defendants do not provide evidence or authority for their contention

File No. 8273                          - 4 -                    Case No. 37-2008-00083932-CU-CL-CTL

ORDER ON MOTION FOR SUMMARY JUDGMENT, ADJUDICATION    EXHIBIT 6

ADLER LAW FIRM
101 MONTGOMERY STREET, SUITE 2050
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 433-5333  FACSIMILE: (415) 433-5534

1  that the engagement letter was moot after the Settlement Agreement and that a new fee

2  agreement was required.  As such, there is no evidence of a triable issue of material

3  fact.

4       The fourth cause of action is for action on an open book account for money due

5  under the engagement letter after August 14, 2006.  Plaintiff sent monthly bills to

6  Defendants for its fees and disbursements. *See* Plaintiff's SS at Fact No. 42.  Plaintiff's

7  business records are accurately, promptly and routinely made and entered in the regular

8  course of business. *Id.* at Fact No. 43.  Defendants advance the same argument made

9  under the third cause of action – that the Settlement Agreement compromised the

10  engagement letter, and that in the absence of any new fee agreement, Defendants do

11  not owe Plaintiff any amounts under these invoices. For the same reasons as set forth

12  above, this argument is rejected.

## II. ORDER

14       Based on the undisputed facts, Plaintiff is entitled to judgment in its favor and

15  against Defendants as a matter of law, and Plaintiff's motion for summary judgment is

16  **GRANTED**.

17       **IT IS SO ORDERED.**

18  Dated:  May 13, 2009

19                             **STEVEN R. DENTON**

20                             HON. STEVEN R. DENTON

21                             Judge of the Superior Court

22

23

24  Approved as to Form:

25

     Stephen D. Morgan

26       Shaub & Williams
     Counsel for Defendants

27       WHO'S YOUR DADDY, INC., a California Corporation and
     WHO'S YOUR DADDY, INC., which will do business in California

28       as WYDY, INC., a Nevada Corporation

1   ADLER LAW FIRM
    Joel D. Adler (SBN 52979)
2   Glen H. Isaacs (SBN 139931)
    101 Montgomery Street, Suite 2050
3   San Francisco, CA 94104
    Telephone:   (415) 433-5333
4   Facsimile:   (415) 433-5334
    Email:  adlerlaw@adlerlaw.net
5
    Attorneys for Plaintiff
6   FISH & RICHARDSON, P.C.

7

8                SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                            COUNTY OF SAN DIEGO

10

11  FISH & RICHARDSON, P.C.,              Case No.    37-2008-00083932-CU-CL-CTL

12              Plaintiff,               **JUDGMENT**

13  v.

14  WHO'S YOUR DADDY, INC., a            **Complaint Filed:  May 15, 2008**
    California Corporation; WHO'S YOUR
15  DADDY, INC., which will do business in
    California as WYDY, INC., a Nevada
16  Corporation,

17              Defendants.

18

19        On May 13, 2009, this Court issued its Order granting the motion of Plaintiff FISH

20  & RICHARDSON, P.C. for summary judgment against defendants WHO'S YOUR

21  DADDY, INC., a California Corporation and WHO'S YOUR DADDY, INC., which will do

22  business in California as WYDY, INC., a Nevada Corporation (collectively "Defendants"),

23  made under Code of Civil Procedure §437c, on the ground that there is no triable issue

24  as to any material fact and that Plaintiff is entitled to judgment as a matter of law.  In

25  accordance with that Order,

26        **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff Fish &

27  Richardson, P.C. shall recover from Defendants, jointly and severally, the principal

28  amount of $273,834.61, plus interest in the amount of $74,816.57 through May 21, 2009,

File No. 8273                          - 1 -             Case No. 37-2008-00083932-CU-CL-CTL
                                   **JUDGMENT**

EXHIBIT 7

1  for judgment in the total amount of $348,651.18, plus continuing interest at the legal rate

2  on that judgment from May 21, 2009 as provided by law.

3       **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff is entitled

4  to recover its costs of suit as the prevailing party in this action.  Such costs shall be

5  added to the judgment as provided by law. ~~plus~~ costs of 1788.34 awarded

6       **IT IS SO ORDERED, ADJUDGED AND DECREED.**

7  Dated: May 11, 2009

8

9                              STEVEN R. DENTON
                               STEVEN R. DENTON
10                             Judge of the Superior Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADLER LAW FIRM
101 MONTGOMERY STREET, SUITE 2050
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 433-5333  FACSIMILE: (415) 433-5334

JS 44   (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED**

## I. (a) PLAINTIFFS

FISH & RICHARDSON, P.C., a Massachusetts Professional Corporation

**(b)** County of Residence of First Listed Plaintiff   San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Joel D. Adler/Adler Law Firm, 101 Montgomery Street, Suite 2050, San Francisco, CA  94104; 415/433-5333

## DEFENDANTS

WHO'S YOUR DADDY, INC., a California Corporation

County of Residence of First Listed Defendant   SEP 10 2009
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                               DEPUTY

Attorneys (If Known)

'09 CV 1993 W         POR

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C.A. section 1338(a)

Brief description of cause:
Foreclosure on trademarks

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE                              DOCKET NUMBER

DATE   09/09/2009

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #   5081   AMOUNT   $350.00   APPLYING IFP         JUDGE         MAG. JUDGE

MS   9/11/09

CR

Court Name: USDC California Southern
Division: 3
Receipt Number: CAS005081
Cashier ID: msweaney
Transaction Date: 09/11/2009
Payer Name: ADLER LAW FIRM
------------------------------------
CIVIL FILING FEE
 For: FISH V WHOS YOUR DADDY, INC
 Case/Party: D-CAS-3-09-CV-001993-001
 Amount:        $350.00
------------------------------------
CHECK
 Check/Money Order Num: 9124
 Amt Tendered:  $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


There will be a fee of $45.00
charged for any returned check.